UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| NATHANIEL R. ORTIZ, | : | 08 Cr. 548 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On October 22, 2020, defendant Nathaniel Ortiz filed a motion for compassionate release. Dkt. No. 269. It is hereby ORDERED as follows:

(1) The Government shall respond to the motion by Tuesday, January 26, 2021; and

(2) If Mr. Ortiz wishes to submit reply papers, he shall do so by Tuesday, February 2, 2021.

The Clerk of Court is directed to mail a copy of this Order to counsel for Mr. Ortiz and to the Government at the addresses listed below.

SO ORDERED.

Dated:   New York, New York
         January 12, 2021

                                             ____/s/ Denny Chin_____
                                             DENNY CHIN
                                             United States Circuit Judge
                                             Sitting by Designation

To:    Marc Laurence Greenwald, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Michael Douglas Maimin, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007